MEMORANDUM OPINION

No. 04-06-00712-CV

M.P. EXPORTS, L.L.P.,

Appellant

v.

Cesar CASTILLON,

Appellee

From the 293rd Judicial District Court, Maverick County, Texas

Trial Court No. 05-05-20830-CV

Honorable Cynthia L. Muniz , Judge Presiding




PER CURIAM



Sitting: Catherine Stone , Justice

 Sarah B. Duncan , Justice

 Karen Angelini , Justice



Delivered and Filed: November 29, 2006



DISMISSED

 The parties have filed a joint motion to dismiss this appeal. The motion to dismiss is granted, and this appeal is dismissed. 
See Tex. R. App. P. 42.1(a)(2). Pursuant to the agreement of the parties, costs of appeal are taxed against the parties who
incurred them. See id. at (d). 



 PER CURIAM